JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL SAENZ, an Individual on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO INC., a Foreign Corporation; O'REILLY AUTO ENTERPRISES, LLC; and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. 14-CV-9789 MWF(MANX)<br><br>[PROPOSED] ORDER RE: STIPULATION AND JOINT MOTION FOR DISMISSAL |

In accordance with the Parties' joint stipulation, and for good cause appearing, the action is hereby dismissed *with prejudice*, each side to bear its own respective costs and fees. The Order to Show Cause re: Dismissal previously set for July 18, 2016, at 11:30 a.m., is hereby vacated.

**IT IS SO ORDERED.**

DATED: July __15__, 2016

_____
Hon. Michael W. Fitzgerald
U.S. District Judge

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

7566476.1

Case No. 14-cv-9789 MWF(MANx)